IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AYANNA KEISHA BROWN,

        Plaintiff,

v.                                                                     No. 1:20-cv-00512-JB-KRS

EQUIFAX INFORMATION SERVICES LLC,

        Defendant.

## ORDER GRANTING SECOND MOTION TO EXTEND DEADLINE

This matter, having come before the Court on Defendant Equifax Information Services LLC's Second Motion to Extend Deadline to File Dispositional Documents, finds the motion is well taken and should be granted. The deadline is hereby extended to September 17, 2020.

_____
Honorable Kevin R. Sweazea
United States Magistrate Judge